**Frantz CLAUDE, Plaintiff–Appellant,**

v.

**NORTHWEST AIRLINES,**
**INCORPORATED, Defendant–Appellee.**

No. 00–1287.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 23, 2001.

Decided Feb. 13, 2001.

Lathal Ponder, Washington, DC, for appellant. John J. Gallagher, Kenneth M. Willner, Dianne C. Coombs, Paul, Hastings, Janofsky & Walker, L.L.P., Washington, DC, for appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Frantz Claude appeals from the order of the district court dismissing his complaint against Northwest Airlines, Inc. ("Northwest"). We have reviewed the briefs and materials submitted in the appendices and find that each count contained in Claude's complaint was properly subject to summary judgment. Accordingly, we affirm the order dismissing Claude's complaint against Northwest on the reasoning of the district court. *Claude v. Northwest Airlines,* No. CA–98–107–7 (E.D.Va. Feb. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*